1

2

3

4

5

6           UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8  UNITED STATES OF AMERICA,

9                        Plaintiff,          Case No. MJ17-391

10        v.                                  **DETENTION ORDER**

11  EDGAR MORENO-ZAMORA,

12                       Defendant.

13        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community.

18        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19        (1)       Defendant has been charged by indictment with conspiracy to distribute and

20  possess with intent to distribute heroin (21 U.S.C. § 846) and possession with intent to distribute

21  heroin (21 U.S.C. §§ 841(a)(1)(B) and 846).  He is a legal permanent resident from Mexico and

22  if convicted on the alleged charges, he is subject to deportation.  An immigration detainer has

23  been lodged against him. The defendant is viewed as a risk of nonappearance based on his

1  previous failures to appear, travel and ties to Mexico, pending charges, and substance use. The

2  defendant is viewed as a risk of danger based on the nature of this offense, criminal history,

3  pending charges, and substance use.  Based upon the available information it appears there is no

4  condition or combination of conditions that would reasonably assure future Court appearances

5  and address the safety of any persons or the community.  The defendant through his attorney

6  made arguments as to release.  Due to the nature of the offense there is a presumption of

7  detention.

8  It is therefore **ORDERED**:

9  (1)    Defendant shall be detained pending trial and committed to the custody of the

10  Attorney General for confinement in a correctional facility separate, to the extent practicable,

11  from persons awaiting or serving sentences, or being held in custody pending appeal;

12  (2)    Defendant shall be afforded reasonable opportunity for private consultation with

13  counsel;

14  (3)    On order of a court of the United States or on request of an attorney for the

15  Government, the person in charge of the correctional facility in which Defendant is confined

16  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

17  connection with a court proceeding; and

18  (4)    The Clerk shall direct copies of this order to counsel for the United States, to

19  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

20  Officer.

21  DATED this 22nd day of Splmb, 2017.

22

23

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2